UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TANYA CREATIONS, INC.,
Plaintiff,

vs.

THE TALBOTS, INC., ERWIN PEARL, INC., and F.O., INC.,
Defendants.

C.A. No. 03-15L

**DISMISSAL STIPULATION**

By agreement of the parties, this action is hereby dismissed with prejudice. No interest. No costs.

TANYA CREATIONS, INC.,

By Its Attorneys,

Craig M. Scott, Esq. (#4237)
Rachelle R. Green, Esq. (#5870)
DUFFY,SWEENEY & SCOTT, LTD
1200 Turks Head Building
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

Dated: 6/20/05, 2005

THE TALBOTS, INC.,
ERWIN PEARL, INC.,
and F.O., INC.,
By Their Attorneys,

Daniel S. Crocker, Esq. (#6309)
Steven E. Snow, Esq. (#1774)
PATRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (Facsimile)

Dated: 6/20, 2005

H:\Clients\Tanya Creations\Talbots\Pleadings\Dismissal Stipulation.doc

Enter: Ronald R. Lagueux
Sr. USDJ 7/6/05